UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNA SHAW,<br><br>   Plaintiff,<br><br>   v.<br><br>INSIGHT HEALTH CORP.<br>D/B/A INSIGHT/S IMAGING,<br>CENTER FOR DIAGNOSTIC IMAGING, INC. &<br>CDI MANAGEMENT CORP.<br><br>   Defendants | Civil Action No. 1:21-cv-00188-LEW |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 1st day of July 2022

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff

Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905
Chad@EmployeeRightsLaw.Attorney

/s/ Laura Rideout
Laura Rideout, Esq.
Preti Flaherty
P.O. Box 9546
Portland, ME 04112
(207) 791-3000
LRideout@Preti.com

CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date:  July 1, 2022　　　　　　　　　　/s/ Chad T. Hansen  
　　　　　　　　　　　　　　　　　　　　Chad T. Hansen